UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 1:25-bk-00096-HWV |
| MARY-JO A. METAXAS, | : | |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. No. 1:25-ap-00016-HWV |
| | : | |
| MARY-JO A. METAXAS, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the Stipulation filed on March 26, 2025 between the Social Security Administration and the above-captioned Debtor/Defendant, in reference to the Non-Dischargeability of Defendant's debt to the Social Security Administration, Doc. 2, it is

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 27, 2025